# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**EMANUEL ENAMORADO,**

   *Plaintiff,*

v.                                          **Case No: 8:24-cv-00023-JSM-AAS**

**EXPERIAN INFORMATION
SOLUTIONS, INC.,**

   *Defendant.*
_____/

## NOTICE OF PENDING SETTLEMENT

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that the Parties have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss this case with prejudice.

Respectfully submitted on May 10, 2024.

                                                      */s/ Bryan J. Geiger*
                                                      Bryan J. Geiger
                                                      Florida Bar Number: 119168
                                                      Seraph Legal, P. A.
                                                      2124 W Kennedy Blvd., Suite A
                                                      Tampa, FL 33606
                                                      (813) 321-2348
                                                      BGeiger@SeraphLegal.com
                                                      *Counsel for Plaintiff*