# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**EMANUEL ENAMORADO,**

   *Plaintiff*,

v.                                             **Case No. 8:24-cv-00023-JSM-AAS**

**EXPERIAN INFORMATION
SOLUTIONS, INC.,**

   *Defendants*.

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Emanuel Enamorado, and Defendant, Experian Information Solutions, Inc., by and through their undersigned counsel, stipulate to dismiss this action, with prejudice, with each party to bear their own attorneys' fees and costs.

Dated July 15, 2024.

| | |
|---|---|
| */s/ Bryan J. Geiger* | */s/ Grant Edward Lavelle Schnell* |
| Bryan J. Geiger | Grant Edward Lavelle Schnell |
| Florida Bar Number: 119168 | Florida Bar No. 108109 |
| Seraph Legal, P. A. | JONES DAY |
| 2124 W Kennedy Blvd., Suite A | 1221 Peachtree Street N.E., Suite 400 |
| Tampa, FL 33606 | Atlanta, Georgia 30361 |
| (813) 321-2348 | Phone: (404) 581-8023 |
| BGeiger@SeraphLegal.com | Email: gschnell@jonesday.com |
| *Counsel for Plaintiff* | *Counsel for Experian* |